IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv74

| MITCHELL VISTA FARM, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| LAWYERS TITLE INSURANCE CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint request for a judicial settlement conference. In preparing for the conference, the court will review all the pleadings of record, including the summary judgment motions to ascertain the respective legal positions of the parties. The parties are requested to send to undersigned's office by December 17, 2010, confidential settlement memoranda outlining their respective settlement positions. The court has set aside the entire day, and the conference shall begin at 9 a.m. on December 22, 2010, with a one hour break for lunch. Inasmuch as the parties are corporations, each party shall have present a person with full authority to settle this action.

# ORDER

**IT IS, THEREFORE, ORDERED** that the joint request for a judicial settlement conference is **GRANTED,** and a judicial settlement conference is calendared for December 22, 2010, beginning at 9 a.m. in the undersigned's chambers.

The Clerk of this court is advised to mark out the entire day for such conference.

Signed: December 6, 2010

Dennis L. Howell
United States Magistrate Judge