# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv74

| | |
|---|---|
| **MITCHELL VISTA FARM, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **LAWYERS TITLE INSURANCE** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on notice received from the parties that this action has been resolved. Counsel will be required to file a joint Stipulation of Dismissal in accordance with Rule 41, Federal Rules of Civil Procedure, not later than January 21, 2011.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for the parties file a joint Stipulation of Dismissal in accordance with Rule 41, Federal Rules of Civil Procedure, not later than January 21, 2011.

Signed: January 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge